## Case No. 3,403.
### CROFFORD v. MORGAN.
[Cited in McAfee v. Crofford, 13 How. (54 U. S.) 454. Nowhere reported; opinion was rendered in 1841, and is believed to have been destroyed during the Civil War.]